UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SANTOS BONILLA** | ) | CIVIL NO. 10-0224 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| **SIMON WAINWRIGHT,** | ) | |
| **Warden,** | ) | |
| **D.C. Central Detention Facility** | ) | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through it's attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney James Sweeney, D.C. Bar Number 427217, telephone number (202) 514-7283 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar Number 447-889

MARY ANN SNOW
Acting Chief, Special Proceedings Division
D.C. Bar Number 379-757

_____
JAMES SWEENEY
Assistant United States Attorney
D.C. Bar No. 427-217
James.Sweeney@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-449
Washington, D.C. 20530
(202) 514-7283